1  Tanya E. Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, CA  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4
   Attorneys for Plaintiff
5  Natividad Gutierrez

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>             Plaintiff,<br><br>        vs.<br><br>W K M ASSOCIATES, INC. dba MAGUIRE CHEVRON MINI MART,<br><br>             Defendants. | No. 1:10-cv-02282-OWW-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |

**WHEREAS**, Plaintiff and Defendant WKM ASSOCIATES, INC. dba MAGUIRE CHEVRON MINI MART ("Defendant") have engaged in good faith settlement negotiations, reached an agreement regarding the settlement and resolution of this dispute, and are in the process of making final revisions to the Settlement Agreement;

**WHEREAS**, the Mandatory Scheduling Conference is currently set for June 8, 2011, which may not provide the parties sufficient time to finalize the Settlement Agreement and circulate the Agreement to their respective clients for final review and signature;

**WHEREAS**, Plaintiff and Defendant desire to conserve the resources of this Court and avoid incurring additional attorney fees and costs associated with the Mandatory Scheduling Conference and the prerequisite filings and meet and confer efforts associated therewith;

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, by and through their respective counsel, that the Mandatory Scheduling Conference in this matter be continued to Wednesday, June 29, 2011 in order to allow the parties time to conclude the settlement and dismissal of this action.

| | |
|---|---|
| Date: May 31, 2011 | MOORE LAW FIRM, P.C. |
| | /s/ Tanya E. Moore |
| | Tanya E. Moore |
| | Attorneys for Plaintiff |
| | |
| Date: May 31, 2011 | STAMMER, MCKNIGHT, BARNUM & BAILEY |
| | /s/ Bruce J. Berger |
| | Bruce J. Berger |
| | Attorneys for Defendant WKM Associates, Inc. dba Maguire Chevron Mini Mart |

### ORDER

The parties having so stipulated and good cause appearing therefor,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for 8:15 a.m. on June 8, 2011 be continued to 8:15 a.m. on June 29, 2011 in Courtroom # 3 (7th Floor) before the Honorable Judge Oliver W. Wanger.

IT IS SO ORDERED.

Dated:  **May 31, 2011**            **/s/ Oliver W. Wanger**
                                UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Mandatory Scheduling Conference
Page 2