1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   Natividad Gutierrez
6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11 NATIVIDAD GUTIERREZ,              )  No. 1:10-CV-02282-OWW-SKO
                                     )
12         Plaintiff,                )  **STIPULATION FOR DISMISSAL OF**
                                     )  **ACTION; ORDER**
13     vs.                           )
                                     )
14 WKM ASSOCIATES, INC., dba MAQUIRE )
   CHEVRON,                          )
15                                   )
                                     )
16         Defendants.               )
                                     )
17 _____  )

18     IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and

19 Defendant WKM Associates, Inc., the parties to this action, by and through their respective

20 counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned

21 action be dismissed with prejudice in its entirety.

22 Date: July 12, 2011                          MOORE LAW FIRM, P.C.

23

24
                                                /s/ Tanya E. Moore
25                                              Tanya E. Moore
                                                Attorneys for Plaintiff Natividad Gutierrez
26

27 ///

28 ///


*Gutierrez v. W.K.M. Associates, Inc.*
Stipulation for Dismissal; Order
                            Page 1

| | | |
|---|---|---|
| 1 | Date: July 12, 2011 | STAMMER, McKNIGHT, BARNUM & BAILEY LLP |

/s/ Bruce J. Berger
Bruce J. Berger, Attorneys for Defendant
WKM Associates, Inc.

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: **July 12, 2011**               **/s/ Oliver W. Wanger**
                                                                 UNITED STATES DISTRICT JUDGE